| | |
|---|---|
| 1 | LARA R. SHAPIRO |
| 2 | (State Bar No. 227194) |
|   | 4145 Via Marina # 324 |
| 3 | Marina del Rey, CA 90292 |
| 4 | Telephone: (310) 577-0870 |
|   | Facsimile: (424) 228-5351 |
| 5 | |
| 6 | *Of Counsel to* |
|   | Lemberg & Associates LLC |
| 7 | A Connecticut Law Firm |
| 8 | 1100 Summer Street |
|   | Stamford, CT  06905 |
| 9 | Telephone:  (203) 653-2250 |
| 10 | Facsimile:  (203) 653-3424 |
| 11 | |
|    | Attorneys for Plaintiff, |
| 12 | Thomas Maloney |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Maloney, | Case No.: 2:10-cv-06258-CAS -AGR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Northstar Location Services, et. al., | |
| Defendants. | |

Please take notice that the parties to the above entitled lawsuit have reached a settlement of the entire case. The Plaintiff anticipates he will file a Dismissal with Prejudice within thirty (30) days.

DATED:  November 1, 2010

By:/s/ *Lara Shapiro*_____
Lara Shapiro, Esq.

Attorneys for Plaintiff,
Thomas Maloney